## J H DAY CO v MORRIS

Ohio Appeals, 1st Dist, Hamilton Co

No 4779. Decided Jan 7, 1935

John M. McCaslin, Cincinnati, for plaintiff in error.

DeCamp, Sutphin & Brumleve, Cincinnati, for defendant in error.

For full opinion see 2 OO 203; 49 Oh Ap 181.